UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Randal Dunklin,

        Plaintiff,

  v.

Noah Mallinger, et al.,

        Defendant.

Case No.: 3:11-cv-01275-JCS

**ORDER GRANTING PSYCHOLOGICAL IME OF PLAINTIFF [Docket No. 52]**

On September 14, 2012, the parties filed a Joint Letter requesting a psychological IME of Plaintiff Randal Dunklin.

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT Plaintiff is ordered to undergo a psychological IME under Rule 35. The parties shall meet and confer and schedule a prompt IME.

IT IS SO ORDERED.

Dated: September 24, 2012

_____
Joseph C. Spero
United States Magistrate Judge